**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Carlos DOMINGUEZ BENITEZ, aka**
**Carlos Dominguez, Defendant–**
**Appellant.**

**No. 00–50181.**

United States Court of Appeals,
Ninth Circuit.

Aug. 19, 2004.

Myra D. Mossman, Santa Barbara, CA, for defendant-appellant Carlos Dominguez Benitez.

Alejandro N. Mayorkas, United States Attorney, Carmen R. Luege, Assistant United States Attorney, Santa Ana, CA, for plaintiff-appellee United States. of America.

John S. Gordon, United States Attorney, Ronald L. Cheng, Assistant United States Attorney, Wesley L. Hsu, Assistant United States Attorney, Los Angeles, CA, for plaintiff-appellee United States of America.

Before BROWNING, REINHARDT, and TALLMAN, Circuit Judges.

**OPINION**

PER CURIAM:

Pursuant to the Supreme Court's decision in this case, *United States v. Dominguez Benitez*, No. 03–167, —— U.S. ——, 124 S.Ct. 2333 (2004), overruling our decision, *United States v. Benitez*, 310 F.3d 1221 (9th Cir.2002), we now AFFIRM appellant Carlos Dominguez Benitez's conviction. Our decision does not affect Benitez's right to file a petition for habeas corpus pursuant to 28 U.S.C. § 2255.